**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 9:21CV81100DMM

Plaintiff:
**JOHN MORALES**

vs.

Defendant:
**ANTONELLA TIRES,LLC.**


APO2021000528

For:
Alberto Leal
The Leal Law Firm P.A.
8927 Hypoluxo Road
Lake Worth, FL 22463

Received by Action Process & Investigations,LLC. on the 23rd day of June, 2021 at 9:13 am to be served on **ANTONELLA TIRES,LLC. BY SERVICE OF REGISTERED AGENT:D&E CONSULTANT,INC., 4091 VICLIFF ROAD, WEST PALM BEACH, FL 33406**.

I, Cameron Jackson, do hereby affirm that on the **29th day of June, 2021** at **8:30 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Betsy Garcia** as **Authorized** at the address of: **4091 VICLIFF ROAD, WEST PALM BEACH, FL 33406**, who stated they are authorized to accept service for **ANTONELLA TIRES,LLC. BY SERVICE OF REGISTERED AGENT:D&E CONSULTANT,INC.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 20, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 125, Hair: Dark Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.Under penalties of perjury, I declare that I have read the foregoing document and the facts stated in it are true.Notary not required pursuant to F.S. 92.525

*(signature)*

**Cameron Jackson**
CPS#3018

**Action Process & Investigations,LLC.**
**AGENCY LICENSE #A1800271**
**3604 36th Way**
**West Palm Beach, FL 33407**
**(561) 899-3164**

Our Job Serial Number: APO-2021000528

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u